IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EDWARD TELLEZ,

    Plaintiff,

v.

                                              No. 2:22-cv-00341-KG-CG

STATE FARM FIRE AND
CASUALTY COMPANY,

    Defendants.

## STIPULATED ORDER BIFURCATING DISCOVERY AND TRIAL

THIS MATTER having come before the Court on the parties' Stipulated Motion Bifurcating Discovery and Trial (Doc. 11), the Court having reviewed the pleadings of record, noting that the Motion is stipulated, and finding good cause, hereby finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that this matter shall be and hereby is bifurcated, for discovery and trial, such that Plaintiff's contractual property damage claims will be tried to a jury first, separate and apart from any extra-contractual claims. Discovery on the "extra-contractual" claims is stayed pending resolution of the contract claims.

_____
UNITED STATES DISTRICT JUDGE

**APPROVED:**

/s/ Todd A. Schwarz
Todd A. Schwarz
**MILLER STRATVERT P.A.**
Post Office Box 25687
Albuquerque, NM  87125-0687
(505) 842-1950
tschwarz@mstlaw.com
*Attorney for Defendant*


By: /s/ Lawrence A. VandenBout
Lawrence A. VandenBout, Esq.
**WALSTON BOWLIN CALLENDER, PLLC**
Main Office:   4299 San Felipe, Ste. 300
               Houston, TX 77027
Phone:         303-221-9791
Fax:           713-724-8007
Email:         Lawrence@WBCTrial.com

*Attorneys for Plaintiff*

2