IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EDWARD TELLEZ,

    Plaintiff,

v.

                                      No.  2:22-cv-00341-KG-CG

STATE FARM FIRE AND
CASUALTY COMPANY,

    Defendants.

## ORDER REMANDING CASE TO STATE COURT

THIS MATTER having come before the Court on the parties' Stipulated Motion Remanding Case to State Court [Doc. 14], the parties having stipulated that this matter be remanded to State Court in consideration for Plaintiff agreeing to dismiss without prejudice all of its "extra-contractual" "bad faith" claims asserted against State Farm, the Court having reviewed the foregoing stipulation, and finding good cause, finds that it is well-taken and should be granted.

IT IS THEREFORE ORDERED that this matter shall be and hereby is remanded to the Third Judicial District Court, County of Dona Ana, New Mexico.

IT IS FURTHER ORDERED that the Clerk of this Court shall remand this matter to the Third Judicial District Court, County of Dona Ana, New Mexico.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

**MILLER STRATVERT P.A.**

By: */s/ Todd A. Schwarz*
       Todd A. Schwarz
       Post Office Box 25687
       Albuquerque, NM  87125-0687
       Telephone: (505) 842-1950
       Facsimile: (505) 243-4408
       tschwarz@mstlaw.com
       *Attorney for Defendant*


Approved by:

By: */s/*_____
Lawrence A. VandenBout
Walston Bowlin Callender, PLLC
4299 San Felipe, Ste. 300
(303) 221-9791
lawrence@WBCTrial.com
*Attorney for Plaintiff*


*/s/ Todd A. Schwarz*
Todd A. Schwarz